IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL SNIDER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 4:18-1789 |
| | : | |
| THE UNITED STATES, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 2nd day of October 2018, upon considering the *pro se* Complaint (ECF Doc. No. 1), Motions for leave to proceed *in forma pauperis* (ECF Doc. Nos. 5, 8) with authorization to have payments toward the $350.00 filing fee deducted from his prison account (ECF Doc. Nos. 6, 9), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Mr. Snider's Motions for leave to proceed *in forma pauperis* (ECF Doc. Nos. 5, 8) is **GRANTED** under 28 U.S.C. § 1915(b);

2. The Clerk of Court shall issue the Administrative Order to the Warden directing the Warden to begin deducting money from Mr. Snider's account in the manner described in the Administrative Order;

3. The Complaint (ECF Doc. No. 1) is **DISMISSED with prejudice** for lack of subject matter jurisdiction without leave to amend as the Defendants are immune from suit under the Rehabilitation Act and an amended complaint against these Defendants is futile; and,

4. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.